UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JASON WALTON<br>DOC # 477576 | * | CIVIL ACTION NO. 2:17-CV-1180<br>SECTION P |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| JOHN F. DEROSIER, ET AL. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 8) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the plaintiff's objections (Rec. Doc. 9), and a *de novo* determination of the issues, the court determines that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that the plaintiff's claims are **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), **WITH PREJUDICE** as to his access to the courts, Fourteenth Amendment, and malfeasance claims, and **WITHOUT PREJUDICE** as to his ineffective assistance claim.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

Shreveport, Louisiana, this 21 day of March, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE